IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01557-MSK-MEH

VINCENT HALE,

    Plaintiff,

v.

ANIMAS SURGICAL HOSPITAL, LLC,
RUSSELL HILL, M.D., and
ROBERT DAVIS, M.D.,

    Defendants.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 3, 2016**.

    Plaintiff's Motion to Vacate Status Conference [filed February 3, 2016; docket #24] is **granted**. In light of the notice of voluntary dismissal filed in this case, the Status Conference currently set for February 4, 2016, is **vacated**.